271 P.2d 155]

[Civ. No. 8394. Third Dist. June 4, 1954.]

IDAHO MARYLAND MINES CORPORATION, Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION and JOHN JAMES TREMBATH, Respondents.

Leonard, Hanna & Brophy for Petitioner.

T. Groezinger for Respondents.

PEEK, J.—This petition for review is a companion case to, and presents the same issues as those disposed of in *Globe Indemnity Co. v. Industrial Acc. Com.*, *ante*, p. 763 [271 P.2d 149], this day filed, and is controlled by the decision in that case.

The award is affirmed.

Van Dyke, P. J., and Schottky, J., concurred.

A petition for a rehearing was denied June 29, 1954.